AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Nebraska

| | | |
|---|---|---|
| United States of America | ) | **SEALED** |
| v. | ) | |
| | ) | Case No. 4:21MJ3137 |
| KENNETH W. BLAIR, III | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 18, 2021__ in the county of __Douglas__ in the District of __Nebraska__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1) and 841(b)(1) | On or about November 18, 2021, in the District of Nebraska, Defendant KENNETH W. BLAIR did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*

SAMUEL WIARDA, #1789, Investigator
*Printed name and title*

☐ Sworn to before me and signed in my presence.

☒ Sworn to before me by telephone or other reliable electronic means.

Date: 11-23-21

*Judge's signature*

City and state: Omaha, Nebraska

Susan M. Bazis, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT OF SAMUEL WIARDA

1. I, Investigator Samuel Wiarda, am an investigative or law enforcement officer of the United States, within the meaning of Section 2510(7) of Title 18, United States Code, and am empowered by law to conduct investigations of and make arrests for offenses enumerated in Section 2516 of Title 18, United States Code. I am currently assigned to the Lincoln/ Lancaster County Narcotics Task Force as an Investigator. The Lincoln/ Lancaster County Narcotics Task Force is composed of law enforcement officers of the Lincoln Police Department, Lancaster County Sherriff's Department, and the Nebraska State Patrol. The purpose of the Lincoln/ Lancaster County Narcotics Task Force is to investigate the use and sale of illicit drugs and target the sources of illicit drugs being trafficked into the Lincoln/ Lancaster County area. I have been a for certified police officer since December 2016. My duties have included 4 years of street patrol and 1 year as an investigator with the Narcotics Unit. I have participated in numerous investigations related to the use and sale of illicit narcotics ranging from street level sales to transnational drug trafficking organizations. I have received training from the Midwest Counter Drug Training Center in all aspects of narcotics investigations, drug recognition, response to street drugs, and the use, manufacturing, and sales of controlled substances.

2. Based in part on the evidence as described below, your affiant believes that Kenneth W. Blair, III (hereafter "Blair") possessed Methamphetamine with the intent to distribute, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1).

3. On 11-17-2021, Investigator Wiarda #1789 with the Lincoln/ Lancaster County Narcotics Task Force obtained a search warrant for the address of 6123 N. 100th Plaza, Omaha, Nebraska. Through an ongoing investigation, this address was found to be used by the subject of the investigation, Blair, for the purposes of selling large amounts of methamphetamine. The residence at 6123 N. 100th Plaza, Omaha, Nebraska was being rented by Blair. Investigators also found that Blair was listed as the account holder for this address through the electric utility company, Omaha Public Power District.

4. On 11-18-2021, members of the task force were conducting surveillance at 6123 N 100th Plaza and on a vehicle being operated by Blair. At approximately 2023hrs, members of the task force, along with assistance from the Nebraska State Patrol, contacted Blair in front of 6123 N 100th Plaza in a green, Lexus SUV with Nebraska License plates WUJ151. Blair's license was known to be revoked at the time for a 4th offense Driving Under the Influence conviction. Blair's license was revoked on 11-22-2011, and not eligible for reinstatement until 08-28-2026. During a search of the residence, Investigators located mail addressed to Blair at 6123 N 100th Plaza. Investigators also located 5 bags of suspected methamphetamine, weighing 455g, 456g, 459g, 456g, and 471g, in the upstairs bedroom. The bag containing 471g of suspected methamphetamine was located in a pink bag next to the bed which also contained a piece of mail addressed to "Kenneth Blair". The other 4 bags of suspected methamphetamine were located in the upstairs bedroom closet. All bags of suspected methamphetamine were subjected to a narcotics field test, yielding a positive result for amphetamines/methamphetamine. Also located in the upstairs bedroom was $19,100 of United States currency in a dresser drawer next to the bed. Investigators also located a Taurus

9mm handgun with serial number ACB520683 under the mattress in the upstairs bedroom. Once transported to the Douglas County Nebraska Jail, Investigators located an additional $760 of United States currency on Blair.

**Criminal History**

A review of Blair's criminal history reveals that he is a convicted felon. Below is a list of his significant arrests.

    Arrest Date: 01-27-1999, (Omaha, NE PD) Attempted Robbery (Felony)
    Disposition: Guilty, Amended to Attempt of Class 1C/1D/2 Felony, 2-3 years prison

    Arrest Date: 05-28-2005, (Omaha, NE PD) Cocaine- Possession (felony)
    Disposition: Guilty, 90 days Jail, Possession of a controlled substance (felony)

    Arrest Date: 04-18-2007, (Omaha, NE PD) Felon in Possession of Firearm (felony)
    Disposition: Federally Indicted, Felon in Possession, Firearm to Forfeiture, Guilty in Federal Court, 46 months Federal Prison

    Arrest Date: 07-29-2011, (Omaha, NE PD) Driving under influence .15+ (3 prior convictions) (Felony)
    Disposition: Guilty, 1 year Prison,

    Arrest Date: 02-19-2013, (Omaha, NE PD) Driving while revoke from DUI/refusal (Felony)
    Disposition: Guilty, 75 days Jail

    Arrest Date: 08-22-2015, (Omaha, NE PD) Felon in Possession of a firearm (felony), Receive stolen property (felony), cocaine-possession (felony)
    Disposition: Guilty, 3 to 6 years Prison, possess firearm by prohibited person (felony)

    Arrest Date: 02-13-2017, (Omaha, NE PD) Child Neglect (felony)
    Disposition: Guilty, 1 year prison, Child abuse intentional (felony),
        Guilty, 1 year prison, Strangulation (felony)

Further your affiant saith not,

Samuel Wiarda, #1789, Investigator

Subscribed and sworn to before me by reliable electronic means this  23  day of November, 2021.

Susan M. Bazis
United States Magistrate Judge